

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00246-CR

TENISHA LATRICE REYNOLDS                               APPELLANT

V.

THE STATE OF TEXAS                                        STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, the trial court convicted Appellant Tenisha Latrice Reynolds upon her plea of guilty to the state jail felony of prostitution with three or more prior convictions and sentenced her to seven months' confinement.[2] Appellant filed a timely notice of appeal.

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 43.02(c) (West 2011).

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal and that Appellant has waived the right of appeal. Accordingly, we informed Appellant by letter on June 24, 2011, that this case was subject to dismissal unless she or any party showed grounds for continuing the appeal on or before July 5, 2011.[3] We have received no response.

Accordingly, we dismiss this appeal,[4] and we deny Appellant's counsel's motion to withdraw.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 28, 2011

---

[3]*See* Tex. R. App. P. 25.2(a)(2), (d).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).

2